[No. 22266. *En Banc.* June 12, 1930.]

WASHINGTON MUTUAL SAVINGS BANK, *Appellant*, v. SAMUEL H. CHASE et al., *Respondents.*[1]

*Tanner & Garvin* (*Harold Preston*, of counsel), for appellant.
*The Attorney General* and *E. W. Anderson, Assistant*, for respondents.
*William Hatch Davis* and *John H. Powell, amici curiae.*

PER CURIAM.—For the reasons assigned in the cases of *Aberdeen Savings & Loan Association v. Chase, ante* p. 351, 289 Pac. 536, 290 Pac. 697, and *Burr, Conrad & Broom v. Chase, ante* p. 393, 289 Pac. 551, the judgment appealed from is reversed, with instructions to the trial court to overrule the demurrer interposed by respondents.
HOLCOMB, J., dissents.
N. B. For rehearing herein, see *ante* p. 391. REP.

[No. 22267. *En Banc.* June 12, 1930.]

*In the Matter of the Taxation of the* WASHINGTON MUTUAL SAVINGS BANK.[2]

*Tanner & Garvin* (*Harold Preston*, of counsel), for appellant.
*The Attorney General* and *E. W. Anderson, Assistant*, for respondents.

PER CURIAM.—For the reasons assigned in the cases of *Aberdeen Savings & Loan Association v. Chase, ante* p. 351, 289 Pac. 536, 290 Pac. 697, and *Burr, Conrad & Broom v. Chase, ante* p. 393, 289 Pac. 551, the judgment appealed from is reversed, with instructions to the trial court to overrule the demurrer interposed by respondents.
HOLCOMB, J., dissents.

[1]Reported in 289 Pac. 555.
[2]Reported in 289 Pac. 555.
N. B. For rehearing herein, see *ante* p. 391. REP.